IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES C. WINDING     PLAINTIFF

VS.     CIVIL ACTION NO. 4:08cv59-FKB

DEPUTY COMMISSIONER
E.L. SPARKMAN, et al.     DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

SO ORDERED AND ADJUDGED, this the 7th day of May, 2010.

                                   /s/ F. Keith Ball
                                   UNITED STATES MAGISTRATE JUDGE